NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

## IN RE: AAMP OF FLORIDA, INC.,
_Appellant_

_____

2019-1074

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/013,891.

_____

## JUDGMENT

_____

MARK H. BLOOMBERG, Zuber Lawler & Del Duca LLP, New York, NY, argued for appellant. Also represented by JOEL WEISS, JACOB BALDINGER, Weiss & Arons LLP, Spring Valley, NY.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by MICHAEL S. FORMAN, THOMAS W. KRAUSE, JOSEPH MATAL, COKE MORGAN STEWART.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 7, 2019                    /s/ Peter R. Marksteiner
Date                                      Peter R. Marksteiner
                                               Clerk of Court